# United States Court of Appeals
## For the First Circuit

03-00086
Honorable Mary Lisi
RIPR

No. 04-1682

UNITED STATES,

Appellee,

v.

DONALD J. PORRARO,

Defendant, Appellant.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/26/05

Before

Selya, Lynch and Lipez,
Circuit Judges.

JUDGMENT

Entered: August 3, 2005

After careful review of the record and appellate filings, we reject each and all claims of error. The district court's imposition of the mandatory minimum sentence of fifteen years under the Armed Career Criminal Act, 18 U.S.C. §§ 922(g)(1) and 924(e)(2003), does not violate the Eighth Amendment. See United States v. Gilliard, 847 F.2d 21 (1st Cir. 1988); United States v. Cardoza, 129 F.3d 6 (1st Cir. 1997). In addition, since appellant was sentenced to the statutory mandatory minimum after pleading guilty to the two count indictment, a Booker remand is unwarranted in this case. See United States v. Antonakopoulos, 399 F.3d 68, 75 (1st Cir. 2005); United States v. Lewis, 406 F.3d 11, 21 n. 11 (1st Cir. 2005) ("the ACC finding does not implicate the Booker line of cases because prior criminal convictions are not facts that a jury must find beyond a reasonable doubt").

Appellant's convictions and sentence are affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: JULIE GREGG
Operations Manager.

cc: James H. Budreau, Esq.
Terrence P. Donnelly, AUSA
Donald Lockhart, AUSA